UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNATHAN JOSHUA OSON,<br>Petitioner,<br>v.<br>EDWIN REETZ,<br>Respondent. | Case No. C26-5860-JHC-SKV<br><br>ORDER GRANTING EXTENSION OF TIME |

Petitioner's motion for an enlargement of time to file Petitioner's traverse is GRANTED. *See* Dkt. 11. His traverse is due December 4, 2026, and Respondent may file a reply no later than December 11, 2026. The matter is RENOTED for the Court's consideration on December 11, 2026. Absent extraordinary circumstances, further extensions of time will not be granted. The Clerk is directed to send copies of this Order to the parties and to the Honorable John H. Chun.

Dated this 21st day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge